| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 6th St., Boulder, CO 80302<br>Boulder, CO 80306<br>303-441-3750<br><br>Plaintiff :<br><br>ROCKY MOUNTAIN ROOFERS AND GUTTERS LLC, a Colorado Limited Liability Company<br><br>v.<br><br>Defendants:<br><br>PAMELA JANE GRIFFIN and JAMES E. GRIFFIN; CHERRY CREEK MORTGAGE CO., INC., a Colorado Corporation; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; PUBLIC TRUSTEE OF BOULDER COUNTY, COLORADO/BOULDER COUNTY TREASURER. | DATE FILED: August 26, 2020 2:14 PM<br>FILING ID: 19EA5B2838C81<br>CASE NUMBER: 2020CV30704<br><br><br>COURT USE ONLY |
| Kevin W. Ward, #44610<br>WICK & TRAUTWEIN, LLC<br>323 South College Avenue, Suite 3<br>P.O. Box 2166<br>Fort Collins, CO 80522<br>Phone Number: (970) 482-4011  E-mail: kward@wicklaw.com<br>FAX Number: (970) 482-8929 | Case No:<br><br>Division/Courtroom: |
| **COMPLAINT FOR LABOR AND MATERIALS AND FOR FORECLOSURE OF MECHANICS' LIEN** ||

COMES NOW, ROCKY MOUNTAIN ROOFERS AND GUTTERS LLC, and through its counsel, Kevin W. Ward, of the law firm of Wick & Trautwein, LLC, with its Complaint. The Plaintiff states as follows:

## I. PARTIES

1. Plaintiff, Rocky Mountain Roofers and Gutters LLC ("Plaintiff"), is an Colorado limited liability company with a principal place of business at residing at 458 S. Link Lane, Fort Collins, Colorado 80524, in Larimer County.

2. Defendants Pamela Jane Griffin and James E. Griffin are owners of real property located at 7280 Glacier View Court, Longmont Colorado 80501 in Boulder County.

3. Defendant Cherry Creek Mortgage Co., Inc. may have an interest in the property at issue and has a principal place of business at 7600 E. Orchard Road, Suite 250N, Greenwood Village, Colorado 80111.

4. Defendant U.S. Department of Housing and Urban Development, a federal agency, may have an interest in the property at issue and has a regional office at 1670 Broadway, Denver, Colorado 80202.

5. Defendant Boulder County Public Trustee / Boulder County Treasurer may have and interest in the property at issue and has offices at 1325 Pearl Street, 1st Floor, Boulder, Colorado 80302.

## II. VENUE & JURISDICTION

6. Venue is proper in Boulder County and in this Court pursuant to C.R.C.P. 98(a) as this matter is a foreclosure issue relating to real property in Boulder County.

7. Jurisdiction is proper over Plaintiff and Defendant pursuant to C.R.S. § 13-1-124(1) because this case arises from the transaction of business in Colorado, specifically Boulder County, and involves the ownership, use, or possession of land within the state.

## III. FIRST CLAIM FOR RELIEF

8. That prior to March 13, 2020, Plaintiff furnished materials and labor to Defendants at 7280 Glacier View Court, Longmont Colorado 80501.

9. That said Defendant is indebted to Plaintiff for materials and labor in the principal sum of $4,090.43.

10. WHEREFORE, Plaintiff prays for judgment against Defendants in an amount to be determined at trial and such other and further relief as to the Court may deem proper and just.

## IV. SECOND CLAIM FOR RELIEF

11. Plaintiff adopts by reference, and makes a part hereof, all of the allegations contained in its First Claim for Relief.

12. That Defendants are the owners of the following described real property and improvements situated in the County of Boulder, State of Colorado, to-wit:

    Lot 13 BLOCK 6 GUNBARREL ESTATES REPLAT 3, COUNTY OF BOULDER, STATE OF COLORADO,

Known by street and number as 7280 Glacier View Court, Longmont Colorado 80501.

13. That Plaintiff furnished materials and labor of the reasonable value of $11,500.00, which materials were ordered by Defendants for incorporation in improvements upon the above described real property. $4,090.43 of the reasonable value remains unpaid.

14. That all of said real property is necessary for the convenient use and occupation of the improvements for which said materials were furnished.

15. That Plaintiff recorded its Statement of Lien in the sum of $4,090.43, which lien was recorded on the 30th day of April, 2020, at Reception Number 03781294 of the records of the Boulder County Clerk and Recorder, a copy of which is attached hereto marked **Exhibit A**.

16. That Plaintiff served a Notice of Intent to File a Lien Statement on the reputed owners of the property and the principal contractor at least ten days before filing its lien statement, a copy of which is attached hereto marked **Exhibit B**.

17. That there is due unto Plaintiff the principal sum of $4,090.43, together with costs of the foreclosure certificate and the recording of the lien and Lis Pendens.

18. That Defendant Cherry Creek Mortgage Co., Inc. may claim an interest in said real property and improvements by reason of a deed of trust recorded January 16, 2013 at Reception Number 3282569 in the office of the Boulder County Clerk and Recorder.

19. That Defendant U.S. Department of Housing and Urban Development may claim an interest in said real property and improvements by reason of a deed of trust recorded January 16, 2013 at Reception Number 3767640 and Assignment of Deed of Trust recorded February 24, 2020 at Reception Number 3282570 in the office of the Boulder County Clerk and Recorder.

20. That Defendant Public Trustee for Boulder County claims an interest in said real property and improvements by reason of being named trustee in said deeds of trust.

21. That Plaintiff has a valid mechanics' lien upon said real property and improvements, which lien is prior to any right, title, interest, or claim of all Defendants in said real property and improvements.

WHEREFORE, Plaintiff prays for judgment against Defendants in an amount to be determined at trial, reasonable attorneys' fees, costs, such expert witness fees as may be incurred by Plaintiff; that the Court decree that Plaintiff has a valid lien in an amount to be determined at trial, together with service charges, upon the real property and improvements described in above, which lien is prior and superior to the interests of all Defendants herein; for foreclosure of said

lien, for costs and expert witness fees; and for other and further relief as to the Court may seem proper and just.

    RESPECTFULLY SUBMITTED this 26th day of August, 2020.

                                    WICK & TRAUTWEIN, LLC

                                By:    */s/ Kevin William Ward*
                                            Kevin William Ward, #44610
                                            Attorney for Plaintiff

<u>Address of Plaintiff</u>:
458 South Link Lane
Fort Collins, Colorado 80524